# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**HAROLD METZGER,**

    **Plaintiff,**

    v.                                                                                           CASE NO. 20-3316-SAC

**SALINE COUNTY SHERIFF'S OFFICE, et al.,**

    **Defendants.**

## NOTICE AND ORDER TO SHOW CAUSE

Plaintiff Harold Metzger filed this *pro se* § 1983 action against the Saline County Sheriff's Office, Corporal Benjamin Hill, Correctional Officer Yates, and Correctional Officer Tuttle, alleging excessive force.

When Mr. Metzger filed his complaint on court-approved forms and his motion for leave to proceed *in forma pauperis* on January 6, 2021, he indicated that his return address was the Saline County Jail. (Doc. 3, p. 1.) The envelope containing the complaint had a return address of the mailing address for the Saline County Jail. (Doc. 3-1.) Mr. Metzger has filed nothing further in this case.

Mr. Metzger does not appear on the Saline County Jail's current in-custody list, and he has not provided the Court with his new address. Consequently, it appears Mr. Metzger has failed to comply with rules of the Court which require every party, including a party proceeding pro se, to notify the Court in writing of a change of address. D. Kan. R. 5.1(c).

**IT IS THEREFORE ORDERED** that Plaintiff is granted twenty (20) days to show cause why this matter should not be dismissed without prejudice for lack of prosecution. The failure to file a timely response may result in the dismissal of this matter without prior notice to Plaintiff.

A copy of this Order shall be transmitted to Plaintiff at his last known address.

**IT IS SO ORDERED.**

**Dated on this 16th day of July, 2021, in Topeka, Kansas.**

<u>s/ Sam A. Crow</u>
**SAM A. CROW**
**U. S. Senior District Judge**